## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN HARRIS, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>PFIZER INC.,<br><br>　　　　　　　　Defendant. | Civil Action No. 1:21-cv-06789<br><br>**NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that pursuant to Rules 12(b)(1), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law and Declaration of Colleen M. Gulliver and the exhibits attached thereto, Defendant Pfizer Inc. ("Pfizer"), through its undersigned counsel, moves to dismiss all claims asserted against Pfizer in Plaintiff Roslyn Harris's ("Plaintiff's") Complaint ("Complaint"), filed on August 12, 2021. Pfizer will move this Court, before Denise L. Cote, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an Order granting Defendant's Motion to Dismiss Plaintiff's Complaint in its entirety with prejudice.

Dated: October 21, 2021

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**DLA PIPER LLP (US)**

　　　　　　　　　　　　　　　　　　　　　_/s/ Loren H. Brown_
　　　　　　　　　　　　　　　　　　　　Loren H. Brown
　　　　　　　　　　　　　　　　　　　　Colleen Carey Gulliver
　　　　　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　New York, New York 10020-1104
　　　　　　　　　　　　　　　　　　　　Phone: (212) 335-4500
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 335-4501
　　　　　　　　　　　　　　　　　　　　loren.brown@us.dlapiper.com
　　　　　　　　　　　　　　　　　　　　colleen.gulliver@us.dlapiper.com

Matthew A. Holian
Jessica Wilson
33 Arch Street, 26th Floor
Boston, MA 02110-1447
T: (617) 406-6009
F: (617) 406-6109
matt.holian@dlapiper.com
jessica.wilson@dlapiper.com