```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROSLYN HARRIS, on behalf of herself     :
and all others similarly situated,      :
                                        :   21cv6789 (DLC)
                  Plaintiff,            :
                                        :      ORDER
            -v-                         :
                                        :
PFIZER INC.,                            :
                                        :
                  Defendant.            :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 21, 2021, defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. Under Rule 15(a)(1)(B), Fed. R. Civ. P., a plaintiff has 21 days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course. Accordingly, it is hereby

ORDERED that plaintiff shall file any amended complaint by **November 12, 2021.** It is unlikely that plaintiff will have a further opportunity to amend.

IT IS FURTHER ORDERED that if no amended complaint is filed, plaintiff shall file any opposition to the motion to dismiss by **November 12, 2021.** Defendant's reply, if any, shall be filed by **December 3, 2021.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy

copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for **October 22, 2021** is adjourned sine die.

Dated:  New York, New York
        October 22, 2021

                                     _____
                                             DENISE COTE
                                   United States District Judge