```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
ROSLYN HARRIS and MARY ALLEN, on        :
behalf of themselves and all others     :
similarly situated,                     :    21cv6789 (DLC)
                                        :
                    Plaintiffs,         :       ORDER
                                        :
              -v-                       :
                                        :
PFIZER INC.,                            :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On October 21, 2021, the defendant filed a motion to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P. On November 10, the plaintiffs filed an amended complaint. Accordingly, it is hereby

ORDERED that the defendant's October 21 motion shall be terminated as moot.

IT IS FURTHER ORDERED that the defendant shall respond to the amended complaint by **December 1, 2021**. If the defendant renews its motion to dismiss, the plaintiffs shall file any opposition to the renewed motion by **December 22**. Defendant shall file any reply by **January 5, 2022**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering

them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          November 10, 2021

                                     _____
                                            DENISE COTE
                                     United States District Judge

2