UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROSLYN HARRIS and MARY ALLEN, on behalf of themselves and all others similarly situated,<br><br>                 Plaintiffs,<br><br>   v.<br><br>PFIZER INC.,<br><br>                 Defendant. | Civil Action No. 1:21-cv-06789-DLC<br><br>**NOTICE OF MOTION TO DISMISS THE AMENDED COMPLAINT** |

**PLEASE TAKE NOTICE** that pursuant to Rules 12(b)(1), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and upon the accompanying Memorandum of Law and Declaration of Colleen M. Gulliver and the exhibits attached thereto, Defendant Pfizer Inc. ("Pfizer"), through its undersigned counsel, moves to dismiss all claims asserted against Pfizer in the Amended Complaint filed on November 10, 2021 by Plaintiffs Roslyn Harris and Mary Allen. Pfizer will move this Court, before Denise L. Cote, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by this Court, for an Order granting Pfizer's Motion to Dismiss the Amended Complaint in its entirety with prejudice.

Dated: December 1, 2021

                                                 Respectfully submitted,

                                                 **DLA PIPER LLP (US)**

                                                  /s/ Loren H. Brown
                                                Loren H. Brown
                                                Colleen Carey Gulliver
                                                1251 Avenue of the Americas
                                                New York, New York 10020-1104
                                                Phone: (212) 335-4500
                                                Facsimile: (212) 335-4501

loren.brown@us.dlapiper.com
colleen.gulliver@us.dlapiper.com

Matthew A. Holian
Jessica Wilson
33 Arch Street, 26th Floor
Boston, MA 02110-1447
T: (617) 406-6009
F: (617) 406-6109
matt.holian@dlapiper.com
jessica.wilson@dlapiper.com