**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ROSYLN HARRIS and MARY ALLEN,

                        Plaintiff,                    21 **CIVIL** 6789 (DLC)

          -against-                              **JUDGMENT**

PFIZER INC.,

                        Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated February 16, 2022, Pfizer's December 1 motion to

dismiss is granted; judgment is entered for defendants and the case is closed.

**Dated:**  New York, New York
        February 16, 2022

                                       **RUBY J. KRAJICK**
                                _____
                                   Clerk of Court
                    **BY:**
                                     Deputy Clerk